No. 23-2168

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | Appeal from the United States |
| | ) | District Court for the |
| Plaintiff-Appellee, | ) | Eastern District of Wisconsin |
| | ) | |
| v. | ) | Case No. 1:22-CR-00058-WCG-1 |
| | ) | |
| DUANE A. WAUPOOSE, JR., | ) | Hon. William C. Griesbach, |
| | ) | United States District Judge, |
| Defendant-Appellant. | ) | Presiding |

## MOTION TO ALLOW ORAL ARGUMENT BY A LAW STUDENT

I, John J. Korzen, as counsel of record for Defendant-Appellant Duane A. Waupoose, Jr., and pursuant to Circuit Rule 34(h), requests the Court to allow oral argument by Donny Stewart, Jr., stating in support of this motion as follows:

1. A fifteen-minute oral argument has been scheduled for May 14 at 9:30 a.m. (Counsel apologizes for overlooking the fourteen-day deadline in Rule 34(h). Counsel finished grading end-of-semester papers yesterday and turned to this motion today.).

2. The undersigned counsel ("Counsel") was appointed to represent Defendant Waupoose pursuant to the Criminal Justice Act and in connection with the Appellate Advocacy Clinic at Wake Forest University School of Law, an accredited law school. Counsel has directed the Clinic since 2006.

1

3. Counsel has been a member of the bar of this Court since 2008. Counsel has previously supervised law student oral arguments before this Court in three appeals, in 2009, 2012, and 2016, and in more than forty appeals before other appellate courts, including the Fourth Circuit, the Eleventh Circuit, and the North Carolina Court of Appeals. Counsel will closely supervise the preparation and presentation of oral argument in this appeal.

4. Mr. Stewart has been involved with this appeal since Counsel's appointment, including the research and drafting of both briefs. Mr. Stewart is an excellent third-year law student at Wake Forest who has been enrolled in our Appellate Advocacy Clinic for both semesters of his third year. In addition to his work in the Clinic, this semester he was a member of a two-person Moot Court team in the BLSA Moot Court competition, in which his team advanced out of its region to the national finals in Houston. During the summer after his 2L year, Mr. Stewart interned for United States District Judge Loretta Biggs in the Middle District of North Carolina. Mr. Stewart has also been a Teaching Assistant in four different courses, including three legal writing courses. Mr. Stewart will graduate from law school on May 17. After graduation and the bar exam, he will practice in the Philadelphia District Attorney's Office in Philadelphia, Pennsylvania. Mr. Stewart is well-qualified to orally argue on Mr. Waupoose's behalf.

5. Written consent of Defendant Waupoose is attached.

WHEREFORE, for the reasons stated herein, Counsel respectfully requests that the Court allow law student Donny Stewart, Jr. to present oral argument in this appeal on May 14, 2024.

Respectfully submitted this 2nd day of May 2024.

s/ John J. Korzen
John J. Korzen, Director
Wake Forest University School of Law
Appellate Advocacy Clinic
P.O. Box 7206 Reynolda Station
Winston-Salem, NC 27109
(336) 758-5832

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2024, I served this Motion to Allow Oral Argument by a Law Student on counsel for the United States via the CM/ECF system on the Seventh Circuit website.

s/ John J. Korzen
John J. Korzen

*United States v. Waupoose*,
Seventh Circuit Case No. 23-2168

Pursuant to Circuit Rule 34(h), I, Duane Waupoose, Jr., Defendant-Appellant in the above-referenced appeal, hereby give my written approval for either Donny Stewart, Jr. or Taylor Gibbs, law students at Wake Forest University School of Law, to present oral argument on my behalf before the Seventh Circuit.

*[signature]*
Duane Waupoose, Jr.