# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 3, 2024

*By the Court:*

|  | UNITED STATES OF AMERICA, |
|---|---|
|  | Plaintiff - Appellee |
| No. 23-2168 | v. |
|  | DUANE WAUPOOSE, JR., |
|  | Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:22-cr-00058-WCG-1 ||
| Eastern District of Wisconsin ||
| District Judge William C. Griesbach ||

Upon consideration of the **MOTION TO ALLOW ORAL ARGUMENT BY A LAW STUDENT**, filed on May 2, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Law student Donny Stewart, Jr., may present oral argument in this appeal under the direct supervision of attorney John J. Korzen. The clerk of this court shall distribute a copy of this order to the assigned merits panel.